UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ANTONIO VALLIN BRIDGES,

              Petitioner,                    Case No. 1:21-cv-920

v.                                     Honorable Paul L. Maloney

RANDEE REWERTS,

              Respondent.
_____/

## **JUDGMENT**

In accordance with the order entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for failure to cure a deficiency.


Dated:    December 22, 2021               /s/ Paul L. Maloney
                                              Paul L. Maloney
                                              United States District Judge